**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| Riverson<br>v.<br>INS | Civil No. 02-CV-2077 (DJS)<br>December 10, 2003 |
|---|---|

**STIPULATED AGREEMENT**

The parties agree that:

1. The Department of Homeland Security (DHS) will request that the Massachusetts Department of Corrections permit Mr. Riverson to marry Jeanette Roslyn Sealy. Mr. Riverson and Ms. Sealy married on December 3, 2001, based on the mistaken belief that Ms. Sealy's prior marriage had been terminated.

2. Mr. Riverson will withdraw his habeas corpus action with prejudice effective with his marriage. He will not file a further motion to reopen with DHS or the Executive Office for Immigration Review or an adjustment of status application with DHS based on his marriage. He will not attempt to reopen this petition for writ of habeas corpus, nor will he pursue any other relief in federal District Court or the Court of Appeals.

3. In order to facilitate his removal after his marriage, Mr. Riverson agrees to cooperate with Hartford DHS Detention and Removal Operations in contacting the Ghanian consulate to obtain any travel document necessary for his removal and to take any additional steps necessary to obtain travel documents for his removal.

4. The parties are making this agreement in an effort to avoid protracted litigation and correspondingly-protracted confinement for Mr. Riverson. This agreement is without prejudice to and does not in any way limit Mrs. Sealy's right to file an alien relative

petition for Mr. Riverson once they are legally married, or for Mr. Riverson to file applications for consular processing and appropriate waivers of inadmissibility if such a petition is approved. However, as noted above, Mr. Riverson will not file a further motion to reopen with DHS or the Executive Office for Immigration Review or an adjustment of status application with DHS based on his marriage.

Petitioner Kobina Riverson, by

Michael J Boyle

Michael Boyle
Attorney
169 Montowese Avenue, P.O. Box 335
North Haven, CT 06473-0335
203 239-2299, fax 203 985-8207

Department of Homeland Security, by

Douglas P. Morabito

Douglas P. Morabito
Assistant U.S. Attorney
157 Church Street, P.O. Box 1984
New Haven, CT 06508-1984
203 821-3810, fax 203 773-5392