UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

KOBINA RIVERSON,                    :

    Petitioner,                     :

v.                                  :     No. 3:02CV2077(DJS)
                                    :
IMMIGRATION AND NATURALIZATION      :
SERVICE,                            :
                                    :
    Respondent.                     :

2004 APR 23 P 3: 15

U.S. DISTRICT COURT

## ORDER

With the consent of the parties to this action, the stay of
removal entered on December 11, 2002 (dkt. # 6) is **TERMINATED**.

So ordered this 23rd day of April, 2004.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE