UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 28  P 1: 52
U.S. DISTRICT COURT
HARTFORD, CT.

| Riverson |
| v. |
| INS |

Civil No. 02-CV-2077 (DJS)

May 27 ~~April~~ , 2004

## STIPULATED AGREEMENT FOR DISMISSAL OF HABEAS CORPUS PETITION

Consistent with their prior stipulated agreement, Petitioner, Kobina Riverson, and Respondent, the former Immigration and Naturalization Service, through counsel, move this court to dismiss this Petition for Habeas Corpus without costs or attorney's fees to either party.

Petitioner Kobina Riverson, by

*/s/ Michael J Boyle/*

Michael Boyle
Attorney
250 State Street, Unit C2, P.O. Box 335
North Haven, CT 06473-0335
203 239-2299, fax 203 985-8207

Department of Homeland Security, by

*/s/ Douglas P. Morabito/*

Douglas Morabito
Assistant U.S. Attorney
157 Church Street, P.O. Box 1984
New Haven, CT 06508-1984
203 821-3810, fax 203 773-5392

for the Court

1