UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KOBINA RIVERSON**<br>    Petitioner | : |
| v. | : CIVIL NO.: 3:02cv2077(DJS) |
| **IMMIGRATION AND**<br>**NATURALIZATION SERVICE**<br>    Respondent | : |

### ORDER

The Stipulated Agreement for Dismissal of Habeas Corpus Petition (Doc. #16) is hereby **GRANTED. The Clerk shall close this case.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this    1st     day of June, 2004.

   /s/DJS
Dominic J. Squatrito
United States District Judge